```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL CORTEZ,                                  :
                                              :    **ORDER**
                Petitioner,    :
                                              :    18-CV-766 (PAE) (JLC)
    -v.-                                      :
                                              :
THOMAS GRIFFIN,                               :
                                              :
                Respondent.    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Paul Cortez has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the matter was referred to Magistrate Judge Freeman on April 24, 2019 (Dkt. No. 6). On April 28, 2022, the matter was redesignated to the undersigned (Dkt. No. 48) and on November 2, 2022, referred for report and recommendation (Dkt. No. 49).

    The parties are directed to provide to the Court hard copies of all papers served and filed in this matter, including any relevant surveillance videos. All files should be sent to the undersigned at 500 Pearl Street, New York, NY 10007 by no later than **March 10, 2023**.

    **SO ORDERED.**

Dated: March 3, 2023
       New York, New York

                                                      JAMES L. COTT
                                                      United States Magistrate Judge