```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL CORTEZ,                                              :
                                                          :     **ORDER**
                              Petitioner,                 :
                                                          :     18-CV-766 (PAE) (JLC)
       -v.-                                               :
                                                          :
THOMAS GRIFFIN,                                           :
                                                          :
                              Respondent.                 :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Petitioner's reply brief submitted in support of his amended petition is filed on the docket in three parts at docket numbers 37 through 39.  The document filed at docket number 37 includes pages 1 through 20 of the reply brief.  However, the documents filed at docket numbers 38 and 39 appear to be duplicates—both include pages 41 through 65 of petitioner's brief.  Pages 21 through 40 do not appear on the docket.  Accordingly, petitioner is directed to refile his complete reply brief, including the missing pages, 21 through 40, no later than **March 9, 2023**.

    **SO ORDERED.**

Dated: March 7, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1