USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL CORTEZ,                                      :
                                                  :        **ORDER**
                          Petitioner,             :
                                                  :        18-CV-766 (PAE) (JLC)
          -v.-                                    :
                                                  :
THOMAS GRIFFIN,                                   :
                                                  :
                          Respondent.             :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Pursuant to the Court's order dated March 3, 2023, the parties were directed to provide the Court with hard copies of all papers served and filed in this matter, including any relevant surveillance videos (Dkt. No. 50). To date, the Court has not received any materials from Petitioner. Petitioner is directed to submit these courtesy copies to the Court no later than **March 17, 2023**.

In addition, Respondent's Memorandum of Law refers to a "CD" containing certain trial exhibits (Dkt. No. 30-1 at 47 n.10). The Court has not received this CD. Further, Petitioner's Reply Memorandum of Law makes multiple references to a state court "Reargument Decision" (*see, e.g.,* Dkt. No. 53 at 30). This decision does not appear in the exhibits which Petitioner filed along with his reply memorandum nor does it appear in the copy of the state court record provided by Respondent.

1

Accordingly, the parties are directed to submit these materials to the Court no later than **March 22, 2023**.  Finally, if there are any other materials referenced in the parties' papers which have not been provided to the Court, the parties should do so by that same date.

    **SO ORDERED.**

Dated: March 16, 2023
    New York, New York

                                    _____
                                    JAMES L. COTT
                                    United States Magistrate Judge