UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL CORTEZ,

                        Petitioner,          18 Civ. 766 (PAE) (JLC)

          -v-

                                          ORDER

THOMAS GRIFFIN,

                        Respondent.

PAUL A. ENGELMAYER, District Judge:

On August 11, 2023, petitioner and respondent filed objections to the Report and Recommendation issued by Magistrate Judge Cott. Dkts. 64, 65. On August 25, 2023, petitioner and respondent filed responses to each other's objections. Dkts. 66, 67. On August 27, 2023, petitioner filed a letter motion and an amended letter motion seeking for leave to file a sur-reply to respondent's response. Dkts. 69, 70. The Court will consider that submission and authorizes respondent to file a response by September 1, 2023. No further submissions from either side are authorized.

    SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 29, 2023
         New York, New York